
USDC- BALTIMORE
'24 FEB 22 PM 3:12

SEALED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. BAH 24cr53 |
| | * Filed Under Seal |
| ROBERT BOWMAN, | * |
| Defendant. | * |

*******

### GOVERNMENT'S MOTION TO SEAL

The United States of America hereby moves this Honorable Court for an Order sealing the Criminal Information in the above-captioned case, along with this motion and any related documents, until such time as the Defendant is in custody. Disclosure of the Criminal Information would alert others of the on-going criminal investigation creating a substantial risk that he will flee, or destroy evidence.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
James T. Wallner
Assistant United States Attorney

ORDERED, as prayed, this _____ day of February 2024.

_____
J. Mark Coulson
United States Magistrate Judge