# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * Criminal No. 24-53-BAH |
| ROBERT BOWMAN, | * |
| Defendant. | * |

## **ORDER**

The sentencing for Mr. Bowman is hereby rescheduled to July 24, 2025, at 2:00 p.m. in Courtroom 3D.

Dated: April 18, 2025

/s/
Brendan A. Hurson
United States District Judge